

No. 11–0486/NA.  U.S. v. Akeem A. Wilkins.  CCA 201000289.  In each of the above cases, Major Kirk Sripinyo's motion to withdraw as appellate defense counsel is granted.